COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NO. 02-08-00450-CV

 


 
 
 ARLINGTON MEMORIAL
 HOSPITAL
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 PATRICIA HARRIS,
 INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HARVEY HARRIS,
 DECEASED
 
 
  
 
 
 APPELLEE
 
 


 

------------

FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

------------

AND

 

NO. 02-09-00008-CV

 


 
 
 IN RE ARLINGTON
 MEMORIAL HOSPITAL
 
 
  
 
 
 RELATOR
 
 


 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

               MEMORANDUM
OPINION[1] AND JUDGMENT








                                              ------------

On May 22, 2009, Arlington Memorial filed its ANotice
of Entry of Order@ in this court, to which it
attached the AOrder Granting Defendant
Arlington Memorial Hospital=s
Objections to Plaintiffs= Amended Expert Report, Motion
to Dismiss and For Attorney Fees and Costs@ signed
by the trial court on May 14, 2009. 
Because the trial court=s May
14, 2009 order grants all of the relief sought by Arlington Memorial, we
dismiss this appeal and petition for writ of mandamus as moot.[2]

PER CURIAM

PANEL:  CAYCE, C.J.; LIVINGSTON
and MCCOY, JJ.

DELIVERED:  July 20, 2009











     [1]See
Tex. R. App. P. 47.4.





     [2]See
Tex. R. App. P. 43.2(f).